B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **MARTIFER SOLAR USA, INC.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AECOM Technical Services, Inc.<br>W-9: 4840 Cox Road, Glen Allen,<br>W-9: VA 23063<br>1178 Paysphere Circle<br>Chicago, IL 60674 | AECOM Technical Services, Inc.<br>W-9: 4840 Cox Road, Glen Allen,<br>W-9: VA 23063<br>Chicago, IL 60674 | Trade Debt | Disputed | 45,405.62 |
| CLP<br>P.O. Box 31001-1277<br>Pasadena, CA 91110-1277 | CLP<br>P.O. Box 31001-1277<br>Pasadena, CA 91110-1277 | Trade Debt | | 47,411.03 |
| CreoTecc<br>11 Janis Way<br>Scotts Valley, CA 95066 | CreoTecc<br>11 Janis Way<br>Scotts Valley, CA 95066 | Trade Debt | | 422,711.16 |
| E Light Electric Services, Inc.<br>361 Inverness Dr. S. Suite B<br>Englewood, CO 80112 | E Light Electric Services, Inc.<br>361 Inverness Dr. S. Suite B<br>Englewood, CO 80112 | Trade Debt | | 147,422.50 |
| Energy Generation Systems, LLC<br>2701 South Front Street<br>Steelton, PA 17113 | Energy Generation Systems, LLC<br>2701 South Front Street<br>Steelton, PA 17113 | | Contingent | 45,650.00 |
| EPG Solar, LLC<br>5425 Wisconsin Ave., Suite 600<br>Chevy Chase Section Five, MD 20815 | EPG Solar, LLC<br>5425 Wisconsin Ave., Suite 600<br>Chevy Chase Section Five, MD 20815 | Lawsuit | Contingent<br>Unliquidated<br>Disputed | 1,700,000.00 |
| Martifer Inovacao E Gestao, SA<br>Zona Industrial, Apartado 17<br>3684-001 Oliveira de Frades, Portugal | Martifer Inovacao E Gestao, SA<br>Zona Industrial, Apartado 17<br>3684-001 Oliveira de Frades, Portugal | Trade Debt | | 323,455.78 |
| Northern Land Clearing, Inc.<br>1290 Park ST. Palmer, MA 01069<br>P.O. Box 790<br>Palmer, MA 01069 | Northern Land Clearing, Inc.<br>1290 Park ST. Palmer, MA 01069<br>P.O. Box 790<br>Palmer, MA 01069 | Trade Debt | | 110,173.71 |

B4 (Official Form 4) (12/07) - Cont.

In re  **MARTIFER SOLAR USA, INC.**  
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PanelClaw<br>Suite 2-23<br>1600 Osgood St, Bldg. 20<br>North Andover, MA 01835 | PanelClaw<br>Suite 2-23<br>1600 Osgood St, Bldg. 20<br>North Andover, MA 01835 | Trade Debt | | 85,530.12 |
| Patriot Solar Group, LLC<br>1007 Industrial Avenue,<br>Albion, MI 49224-4008 | Patriot Solar Group, LLC<br>1007 Industrial Avenue,<br>Albion, MI 49224-4008 | Trade Debt | | 282,939.52 |
| R.B. Arello Company, Inc.<br>157 Southbridge Road<br>N. Oxford, MA 01537 | R.B. Arello Company, Inc.<br>157 Southbridge Road<br>N. Oxford, MA 01537 | | | 74,666.00 |
| Sanborn Head & Associates, Inc.<br>1 Technology Park Drive<br>Westford,<br>MA 01886<br>20 Foundry Street<br>Concord, NH 03301 | Sanborn Head & Associates, Inc.<br>1 Technology Park Drive Westford,<br>MA 01886<br>Concord, NH 03301 | Trade Debt | | 109,403.96 |
| SatCon Technology Corporation<br>Bankruptcy Estate<br>25 Drydock Ave.<br>Boston, MA 02210 | SatCon Technology Corporation<br>Bankruptcy Estate<br>25 Drydock Ave.<br>Boston, MA 02210 | Trade Debt | Disputed | 537,044.90 |
| Schletter, Inc.<br>3761 E. Farnum Place<br>Tucson, AZ 85706 | Schletter, Inc.<br>3761 E. Farnum Place<br>Tucson, AZ 85706 | Trade Debt | | 113,384.44 |
| Security Construction Services, Inc<br>59 Apsley Street<br>Hudson, MA 01749 | Security Construction Services, Inc<br>59 Apsley Street<br>Hudson, MA 01749 | Trade Debt | | 83,446.40 |
| Solar Optimum, Inc.<br>1010 N. Central Ave. #390<br>501 W. Glenoaks Blvd. #555<br>Glendale, CA 91202 | Solar Optimum, Inc.<br>1010 N. Central Ave. #390<br>501 W. Glenoaks Blvd. #555<br>Glendale, CA 91202 | Trade Debt | | 264,000.00 |
| Stoel Rives LLP<br>900 SW 5th Avenue<br>Suite 2600<br>Portland, OR 97204 | Stoel Rives LLP<br>900 SW 5th Avenue<br>Suite 2600<br>Portland, OR 97204 | Trade Debt | | 48,556.77 |
| Stone River Electric<br>1244 Gallatin Pike South<br>Pleasant View, TN 37146 | Stone River Electric<br>1244 Gallatin Pike South<br>Pleasant View, TN 37146 | Trade Debt | | 305,051.00 |
| Talesun Solar USA Ltd.<br>111 W. Saint John Street,<br>Suite #900<br>San Jose, CA 95113 | Talesun Solar USA Ltd.<br>111 W. Saint John Street, Suite #900<br>San Jose, CA 95113 | Trade Debt | Disputed | 125,351.34 |
| Triple Crown Solar Structures, Inc.<br>910 Shearton Dr. Suite #225<br>Mars, PA 16046 | Triple Crown Solar Structures, Inc.<br>910 Shearton Dr. Suite #225<br>Mars, PA 16046 | Trade Debt | Contingent<br>Disputed | 184,794.60 |

Software Copyright (c) 1996-2012 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.
In re   **MARTIFER SOLAR USA, INC.**                                    Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 21, 2014**           Signature  **/s/ Roland Kiser**
                                                 Roland Kiser
                                                 Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.