Name of Attorney  Reed S. Waddell
Bar Code #  CSB #106644
Address  Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Bl., 17th Fl., Los Angeles, CA 90048-4920
Phone #  (323) 852-1000
e-mail address  rwaddell@frandzel.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re                                           )   Case No:  14-10357-abl
                                                )
Martifer Solar USA, Inc.,                       )
                                                )   Chapter  11
                                                )
                                                )
                                                )
                                                )   **REQUEST FOR SPECIAL**
                                                )   **NOTICE**
                                      Debtor(s) )

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please Print)
Reed S.Waddell
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048-4920
(323) 852-1000

Date:  January 23, 2014                         /s/ Reed S. Waddell
                                                Signature