BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Aurora Solar, LLC and Martifer Solar USA, Inc.*

Electronically filed January 23, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER SOLAR USA, INC., a California corporation,<br><br>Debtor. | Case No. BK-S-14-10359-abl<br><br>Chapter 11<br><br>**DECLARATION OF JAMES WONG IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363 AND FED. R. BANKR. P. 4001(b) AND 4001(d): (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION; (II) GRANTING RELATED RELIEF; AND (III) SCHEDULING FINAL HEARING**<br><br>Hearing Date: OST PENDING<br>Hearing Time: OST PENDING |

JAMES WONG, being duly sworn, hereby deposes and declares under penalty of perjury:

1.  I am over the age of 18, am mentally competent, and if called upon to testify as to the statements made herein, could and would do so.

2.  I am the Principal and founder of Armory Consulting Co. I have approximately 20 years of corporate restructuring and related advisory experience.

3.  My experience includes a variety of industries such as real estate, transportation, retail, restaurants, gaming, construction, automotive, healthcare and not-for-profits. I have been

1

retained as financial advisor for both debtors and creditors, as well as for expert witness assignments.

4. I began my career at Merrill Lynch, and was previously with KPMG and Grant Thornton's restructuring practices. I graduated from Stanford University with an M.S. in Business Management and from UCLA with a B.A., and am a Certified Insolvency and Restructuring Advisor.

5. I was engaged prior to the commencement of these chapter 11 cases as the financial advisor to Martifer Solar USA, Inc. ("Martifer USA") and Martifer Aurora Solar, LLC ("Aurora", and collectively with Martifer USA, "Debtors"). I submit this declaration in support of the Debtors' motions to approve the use of cash collateral (the "Cash Collateral Motion").[1]

6. In my capacity as financial advisor for the Debtors, I have reviewed Debtors' books and records and consulted with Debtors' management regarding Debtors' financial condition, including Debtors' respective business plans, financial statements and projections, business analyses and reports, contracts and other legal documents, notes and correspondence and similar items

7. Based on all of the foregoing, I have developed a familiarity with: (a) the Debtors' books and records, which are maintained in the ordinary course of business under the control of officers of the Debtors' respective executive and senior management; (b) the Debtors' respective business and financial histories, and their current business and financial situations; (c) the financial and operational details of the Debtors' business operations; and (d) the solar panel and renewable energy industry, generally.

8. Except as otherwise stated herein, if called as a witness, I could and would competently testify to the matters set forth herein from my own personal knowledge.

9. I understand that the proposed Interim Order would provide adequate protection for the Pre-Petition Lender in the form of Adequate Protection Payments, Replacement Liens, and the Pre-Petition Lender's Superpriority Claim. Moreover, I believe that the Pre-Petition Lender is further protected by a substantial equity cushion of not less than 20% and likely significantly more

---

[1] Unless other defined, capitalized terms used herein shall have the meanings ascribed to them in the Cash Collateral Motion.

2

than that according to various valuation methods. Due to the nature of Debtors' businesses, the primary source of value is the collection of various receivables, which in turn depend on completing projects and satisfying various conditions. Therefore, I believe that the best way to preserve value for the benefit of the Pre-Petition Lender (and all other constituents of the estates) is for Debtors to continue to operate, which they cannot do without the use of cash collateral. If Debtors are unable to fund payments to subcontractors and other vendors, I believe their ability to collect revenues will be severely and adversely affected.

I verify under penalty of perjury that the foregoing statement is true and correct to the best of my information, knowledge and belief.

Executed this 23rd day of January 2014.

_____
JAMES WONG

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)