Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 29, 2014

___

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Solar USA, Inc.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER SOLAR USA, INC., a California corporation,<br><br>                      Debtor. | Case No. BK-S-14-10357-abl<br><br>Chapter 11<br><br>**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO BANKRUPTCY RULE 1015(B) AND LOCAL RULE 1015**<br><br>Hearing Date:  January 28, 2014<br>Hearing Time:  9:30 a.m. |

      The Emergency Motion for Order Directing Joint Administration of Related Cases Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015 (the "Motion"), filed by Martifer Solar USA, Inc., in the above-captioned chapter 11 case, came on for hearing before the undersigned United States Bankruptcy

ACTIVE 24595882v1 01/28/2014                            1

1  Judge at the above-referenced time and place. Appearances were made as noted in the record for the
2  hearing.
3      Having read and considered the Motion, and the accompanying Memorandum of Points and
4  Authorities, and having considered the other matters submitted to the Court in connection with the
5  Motion; and it appearing that the limited notice given of the Motion was appropriate under the
6  particular circumstances presented; and good cause appearing,

7      **IT IS HEREBY ORDERED THAT:**

8      1.    The Motion is hereby granted;

9      2.    The chapter 11 cases of Martifer Solar USA, Inc. and Martifer Aurora Solar, LLC shall
10  hereafter be jointly administered under the Martifer Aurora Solar, LLC case pursuant to Federal Rule of
11  Bankruptcy Procedure 1015(b);

12      3.    The Court is not ruling on substantive consolidation and Cathay Bank has indicated that
13  it reserves all rights with respect to any motion for substantive consolidation.

14      4.    The joint caption page, attached hereto as **Exhibit "A"** is hereby approved; and

15      5.    The Clerk of the Court shall file and maintain all of the pleadings under a single docket
16  under the Martifer Aurora Solar, LLC case. Each debtor, however, shall maintain a separate claims
17  register.

18  Respectfully submitted by:

19  **FOX ROTHSCHILD LLP**

20  By:  */s/Brett A. Axelrod*
21      BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
22      MICAELA RUSTIA MOORE, ESQ.
    Nevada Bar No. 9676
23      3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
24  *[Proposed] Counsel for Martifer Solar USA, Inc.*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

## **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☒ The Court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

ACTIVE 24595882v1 01/28/2014                                        3

# EXHIBIT A
# **PROPOSED JOINT CAPTION**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☐ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO BANKRUPTCY RULE 1015(B) AND LOCAL RULE 1015** |

ACTIVE 24595882v1 01/28/2014                4