_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**February 05, 2014**

MICHAEL GERARD FLETCHER
California State Bar No. 070849
REED S. WADDELL
California State Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California  90048-4920
Telephone:  (323) 852-1000
Facsimile:  (323) 651-2577
E-Mail:    rwaddell@frandzel.com
           mfletcher@frandzel.com
and
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:    ncox@klnevada.com
           rhoward@klnevada.com

Attorneys for Creditor
CATHAY BANK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| IN RE:<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☒ Affects Martifer Solar USA, Inc.<br>☐ Affects All Debtors | Case No. BK-S-14-10355-abl<br>and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11 |
|---|---|

1578549_2 (7479-14.001)                       Page 1 of 4

*Order Denying Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c); (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing*

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

**ORDER DENYING MOTIONS FOR ORDER PURSUANT TO 11 U.S.C. § 364 AND FED. R. BANKR. P. 4001(C); (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING; (II) GRANTING RELATED RELIEF; AND (III) SCHEDULING FINAL HEARING**

The Court, having reviewed and considered Debtor Martifer Aurora Solar, LLC's Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c); (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing [Dkt. 37] Debtor Martifer Solar USA, Inc.'s Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c); (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing [Dkt. 37] (collectively the "Motions"), all other papers and pleadings and evidence submitted in connection with the Motions, the oral arguments of counsel at the hearing held on January 28, 2014, with appearances as noted in the record and with all other findings set forth in the record at the hearing incorporated herein, pursuant to Fed. R. Civ. P. 52, made applicable to these proceedings by Fed. R. Bankr. P. 7052; and for good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** the Motion is Denied without prejudice to the Debtors' ability to renew the Motions and seek a final order with respect to debtor-in-possession financing at a future time. These are interim findings of fact and conclusions of law and all parties' rights are reserved with respect to challenge of these findings for purposes of a hearing on a final order.

**IT IS SO ORDERED.**

Submitted by,

By: */s/ Natalie M. Cox, Esq.*
MICHAEL GERARD FLETCHER
  (CA State Bar No. 070849)
  mfletcher@frandzel.com
REED S. WADDELL (CA State Bar No. 106644)
  rwaddell@frandzel.com
**FRANDZEL ROBINS BLOOM & CSATO**, **L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
and

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

*Order Denying Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c); (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing*

1  NATALIE M. COX, ESQ.
   Nevada Bar No. 007662
2  RANDOLPH L. HOWARD, ESQ.
   Nevada Bar No. 006688
3  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada  89145

5  *Attorneys for Creditor*
   *Cathay Bank*
6

7  **APPROVED/DISAPPROVED:**            **APPROVED/DISAPPROVED:**

8

9
   By:*/s/ Micaela Rustia Moore, Esq.*             By:*/s/ J. Michal Bloom, Esq.*
10     BRETT A. AXELROD, ESQ.                        J. MICHAL BLOOM, TRIAL ATTORNEY
       Nevada Bar No. 5859                           Nevada Bar No. 004706
11     MICAELA RUSTIA MOORE, ESQ.                    **UNITED STATES DEPARTMENT OF**
       Nevada Bar No. 9676                           **JUSTICE**
12     **FOX ROTHSCHILD LLP**                        Office of the United States Trustee
       3800 Howard Hughes Parkway, Suite 500         300 Las Vegas Boulevard, So., Suite 4300
13     Las Vegas, Nevada 89169                       Las Vegas, Nevada 89101
14     Telephone: (702) 262-6899
       Facsimile: (702) 597-5503                     *Attorneys for the United States Trustee for*
15                                                   *Region 17, Tracy Hope Davis*

16     *[Proposed] Counsel for Martifer Solar*
       *USA, Inc.and Martifer Aurora Solar, LLC*
17
   **APPROVED/DISAPPROVED:**
18

19
   By:*/s/ Samuel A. Schwartz, Esq.*
20     Samuel A. Schwartz, Esq.
       Nevada Bar No. 010985
21     The Schwartz Law Firm, Inc.
22     6623 Las Vegas Boulevard, South,
       Suite 300
23     Las Vegas, Nevada 89119

24
       *Attorneys for Interested Party Martifer*
25     *Solar, Inc.*

26

27

28
   1578549_2 (7479-14.001)             Page 3 of 4

   *Order Denying Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c); (I) Authorizing Debtors to Obtain*
   *Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing*

LR 9021(c) Certification:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

___X___    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| J. Michal Bloom, Esq.<br>*Trial Attorney for Acting U.S. Trustee, Tracy Hope Davis*<br><br>**APPROVED** | Samuel A. Schwartz, Esq.<br>The Schwartz Law Firm, Inc.<br>*Attorneys for Interested Party Martifer Solar, Inc.*<br><br>**APPROVED** |
| Micaela Rustia Moore, Esq.<br>Fox Rothschild LLP<br><br>*[Proposed] Counsel for Martifer Solar USA, Inc. and Martifer Aurora Solar, LLC*<br><br>**APPROVED** | |

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

1578549_2 (7479-14.001)          Page 4 of 4

*Order Denying Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c); (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing*

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472