## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Martifer Solar USA, Inc.

Case No. BK-S-14-10357-abl

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Jan-14    **PETITION DATE:** 01/21/14

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $8,550,222 | | |
| b. Total Assets | $28,720,210 | | |
| c. Current Liabilities | $2,555,446 | | |
| d. Total Liabilities | $31,852,622 | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $4,580 | | $0 |
| b. Total Disbursements | $263 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $4,317 | $0 | $0 |
| d. Cash Balance Beginning of Month | $530,244 | | $0 |
| e. Cash Balance End of Month (c + d) | $534,560 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | $0 | | |
| 5. **Account Receivables (Pre and Post Petition)** | $5,332,109 | | |
| 6. **Post-Petition Liabilities** | $2,555,446 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes    x    ;    U.S. Trustee Quarterly Fees    ____ ;    Check if filing is current for: Post-petition tax reporting and tax returns:    ____ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 2/20/2014

Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended 01/31/14

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Gross Sales | $110,584 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $110,584 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $98,394 | |
| $0 | $0 | $0 | 5 | Gross Profit | $12,190 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: Excess project materials | $4,134 | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $16,324 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | $24,188 | |
| | | $0 | 12 | Salaries | $113,339 | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | $1,158 | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | $36,722 | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | $13,986 | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | $1,870 | |
| | | $0 | 24 | Other Administrative | $16,067 | |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: Travel | $17,705 | |
| | | $0 | 27 | Lodging | $10,953 | |
| | | $0 | 28 | Meals | $5,669 | |
| | | $0 | 29 | Accounting Services | $18,129 | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | $259,785 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | ($243,461) | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | $0 | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | $0 | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $0 | $0 |
| $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($243,461) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $0 | $0 | $0 | 46 | **Net Profit (Loss)** | ($243,461) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended**     01/31/14

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $534,560 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $5,332,109 |
| 4 | Inventory | B | $261,802 |
| 5 | Prepaid expenses | | $51,042 |
| 6 | Professional retainers | | $861,590 |
| 7 | Other: Work in Progress | | $1,352,631 |
| 8 | Deposits | | $156,489 |
| 9 | **Total Current Assets** | | $8,550,222 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $8,127,236 |
| 12 | Furniture and fixtures | D | $487,996 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $18,028 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $8,633,260 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Deferred Income Tax Asset | | $10,528,519 |
| 25 | Unreconciled Personal Property | | $1,008,209 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $11,536,728 |
| 29 | **Total Assets** | | $28,720,210 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | | |
|---|---|---|---|---:|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | | A | $102,603 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | $924,903 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | Customer Deposits | | $148,958 |
| 42 | | Provisions | | $1,378,982 |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $2,555,446 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $2,555,446 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $6,848,926 |
| 48 | Priority unsecured claims | F | $1,289 |
| 49 | General unsecured claims | F | $22,446,962 |
| 50 | **Total Pre-Petition Liabilities** | | $29,297,177 |
| 51 | **Total Liabilities** | | $31,852,622 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | ($15,742,451) |
| 53 | Capital Stock | $11,950,900 |
| 54 | Additional paid-in capital | $902,599 |
| 55 | Cumulative profit/(loss) since filing of case | ($243,461) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | ($3,132,413) |
| 60 | **Total Liabilities and Equity (Deficit)** | $28,720,210 |

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $4,197 | $102,603 | |
| 31-60 Days | $377,348 | | |
| 61-90 Days | $193,970 | | $0 |
| 91+ Days | $4,756,594 | | |
| Total accounts receivable/payable | $5,332,109 | $102,603 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $5,332,109 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| **Types and Amount of Inventory(ies)** | Inventory(ies) Balance at End of Month | **Cost of Goods Sold** | |
|---|---|---|---|
| | | **Inventory Beginning of Month** | 257,668 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | Excess project materials | $4,134 |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | $261,802 | Inventory End of Month | $261,802 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $261,802 | | |

| **Method of Inventory Control** | | **Inventory Valuation Methods** | |
|---|---|---|---|
| Do you have a functioning perpetual inventory system? | | Indicate by a checkmark method of inventory used. | |
| Yes  x   No | | | |
| How often do you take a complete physical inventory? | | Valuation methods - | |
| | | FIFO cost | |
| Weekly | | LIFO cost | |
| Monthly | | Lower of cost or market | |
| Quarterly | | Retail method | |
| Semi-annually | | Other | x |
| Annually | x | Explain | |
| Date of last physical inventory was | 1/31/2014 0:00 | Specific identification method | |
| | | | |
| Date of next physical inventory is | | | |

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Solar Equipment | $8,127,236 | $8,127,236 |
| Total | $8,127,236 | $8,127,236 |
| | | |
| Furniture & Fixtures - | | |
| see attachment (w/office equipment) | $723,841 | $487,996 |
| Total | $723,841 | $487,996 |
| | | |
| Office Equipment - | $0 | $0 |
| Total | $0 | $0 |
| | | |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| | | |
| Vehicles - | | |
| 2007 Chevrolet G1500 | $12,271 | $4,812 |
| 2008 Ford Ranger | $10,960 | $4,890 |
| 2007 Dodge Ram 1500 | $18,605 | $8,326 |
| Total | $41,835 | $18,028 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
#### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $6,848,926 | $6,848,926 |
| Priority claims other than taxes | $1,289 | $1,289 |
| Priority tax claims | | |
| General unsecured claims | $22,446,962 | $22,446,962 |

(a)  List total amount of claims even it under secured.

(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
#### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|---|---|
| Bank | City National Bank | CITY NB | CITY NB | CITY NB | Cathay | Cathay |
| Account Type | General Account | Payroll Account | Tax Account | Sawmill Account | Checking | Payroll Account |
| Account No. | 0405 | 0421 | 0413 | 0480 | 7584 | 9129 |
| Account Purpose | Disbursement | Payroll | Taxes | Project | Disbursement | Payroll |
| Balance, End of Month | $508,600 | $0 | $0 | $0 | $9,602 | $16,359 |
| Total Funds on Hand for all Accounts | $534,560 | | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 01/31/14

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $4,580 | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $4,580 | $0 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | |
| 15 | Administrative | $263 | |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | | |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $263 | $0 |
| 39 | **Net Increase (Decrease) in Cash** | $4,317 | $0 |
| 40 | **Cash Balance, Beginning of Period** | $530,244 | |
| 41 | **Cash Balance, End of Period** | $534,560 | $0 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 01/31/14

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $4,580 | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | | |
| 8 |    Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | | |
| 12 |    Draws | | |
| 13 |    Commissions/Royalties | | |
| 14 |    Expense Reimbursements | | |
| 15 |    Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | | |
| 17 |    Employee Withholdings | | |
| 18 |    Real Property Taxes | | |
| 19 |    Other Taxes | | |
| 20 | Cash Paid for General Expenses | $263 | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $4,317 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $4,317 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $4,317 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $530,244 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $534,560 | $0 |

Revised 1/1/98

**Martifer Solar USA, Inc.**
**BK-S-14-10357-abl**
**Month Ended: 1/31/14**
**Petition Date: 1/21/14**

**Footnotes to the Monthly Operating Report ("MOR")**

**Summary**

Martifer Solar USA, Inc. ("Debtor") is 99.3% owned by Martifer Solar, Inc. ("MS Inc.") the holding company of Debtor.

("Debtor") Debtor-in-Possession ("DIP") bank accounts were opened on January 31, 2014. Debtor has not received the January 2014 DIP bank statements. As such, Debtor has attached the non-DIP bank statements for January 2014 to this MOR.

Debtor's fiscal year end is December 31, 2013, and Debtor has not yet reconciled and finalized the accounting treatment and/or classification of certain transactions, which impacts the January 2014 financial statements. Certain transactions and procedures are subject to review and approval by MS Inc. While Debtor has created a new post-Petition accounting period, the pre-Petition accounting treatment has yet to be finalized. Thus, while Debtor has endeavored in its best efforts to present this MOR with the most accurate information and data, the financial statements presented in this stub-period MOR may be subject to significant and material modifications. Debtor may amend this MOR subject to such modifications.

Regarding question 11, 14, and 15 of the Summary page, MS Inc. paid for Debtor's bi-weekly payroll, including the ordinary course salaries of Debtor's insiders (question 11) on January 24, 2014, among certain other expenses, including all payroll taxes for this payroll cycle (question 15). Debtor has not yet classified these payments as debt or equity.

**Statement of Operations**

Gross Sales are based on Debtor's work in progress, and for the most part, are not recorded from actual invoicing to the clients, but rather based on costs booked to the projects, as Debtor's accounting method is on accrual basis.

**Balance Sheet**

Balance sheet items are subject to further updating, particularly the accounting treatment of personal property, which includes an Unreconciled Personal Property line item of $1 million.

**Schedules Pg3**

Schedule F. Debtor has tentatively recorded all claims as allowed claims for purposes of this MOR. Allowed claim amounts may be adjusted, subject to further review and analysis.

Schedule H. For Accounts 1 through 4, which are DIP bank accounts, these bank statements are not yet available. For Account 5, please refer to the additional data below to reconcile the January 31, 2014 ending balance:

| Posting Date | Amount | Description |
|---|---|---|
| 8/9/2013 | $ (389.17) | Check # 6475 |
| 9/19/2013 | (250.00) | Connecticut Corporation Business Tax 2012 |
| 10/29/2013 | (100.00) | Treasurer NJ |
| 12/3/2013 | (50.00) | Notary 12.03.13 |
| | $ (789.17) | |

# CATHAY BANK

9650 Flair Drive, El Monte, CA 91731

RETURN SERVICE REQUESTED

00007027-0037279-0001-0003-TIMR8006170202148732

MARTIFER SOLAR USA INC
2040 ARMACOST AVE
2ND FLOOR
LOS ANGELES CA 90025

1-800-9CATHAY (922-8429)
www.Cathaybank.com

Last statement: December 31, 2013
This statement: January 31, 2014
Total days in statement period: 31

Page 1
▮▮▮▮▮7584
( 3 )

Direct inquiries to:
800-922-8429

Cathay Bank
9045 Corbin Ave Suite 100
Northridge CA 91324

CATHAY BUSINESS ONLINE BANKING FLEXIBLE AND CUSTOMIZED TO MEET YOUR NEEDS. FROM YOUR DESK: MANAGE FINANCES, PAY BILLS, SEND WIRES, AND MORE! CONTACT YOUR ACCOUNT OFFICER FOR MORE INFORMATION TODAY!

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ▮▮▮▮7584 | Beginning balance | $10,607.63 |
| Enclosures | 3 | Total additions | 5,750.44 |
| Low balance | $5,811.21 | Total subtractions | 5,966.86 |
| Average balance | $8,958.10 | Ending balance | $10,391.21 |
| Avg collected balance | $8,958 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 6733 | 01-15 | 5,000.00 | 6767 * | 01-07 | 370.79 |
| 6734 | 01-14 | 10.00 | | | |

\* Skip in check sequence

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 01-03 | ' Preauthorized Wd | 265.47 |
| | FUSION LOGISTICS 20140102JF 140103 | |
| 01-10 | ' Preauthorized Wd | 46.33 |
| | FUSION LOGISTICS 20140109JF 140110 | |
| 01-14 | ' Acct Analysis Charge | 130.38 |
| | FOR 12/13 | |
| 01-17 | ' Preauthorized Wd | 143.89 |
| | FUSION LOGISTICS 20140116JF 140117 | |

# CATHAY BANK

9650 Flair Drive, El Monte, CA 91731

RETURN SERVICE REQUESTED

1-800-9CATHAY (922-8429)
www.Cathaybank.com

MARTIFER SOLAR USA INC
January 31, 2014

Page 2
7584

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 01-15 | ' Preauthorized Credit | 1,170.44 |
| | CA CENTER FOR SU PAYMENTS SD-CSI-06421; PYMT | |
| | 29 OF 60; 6160.22 KWH | |
| 01-24 | ' Preauthorized Credit | 4,580.00 |
| | CA CENTER FOR SU PAYMENTS SD-CSI-06422; PYMT | |
| | 32 OF 60; 24105.13 KWH | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 10,607.63 | 01-10 | 9,925.04 | 01-17 | 5,811.21 |
| 01-03 | 10,342.16 | 01-14 | 9,784.66 | 01-24 | 10,391.21 |
| 01-07 | 9,971.37 | 01-15 | 5,955.10 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



*Thank you for banking with Cathay Bank*

Page           3 of 3
Account:       7584
Date           01/31/14



01/15/2014    6733    $5,000.00



01/14/2014    6734    $10.00


01/07/2014    6767    $370.79

**CATHAY BANK**

9650 Flair Drive, El Monte, CA 91731

RETURN SERVICE REQUESTED

00012709-0041579-0001-0002-TIMR8006170202148725

1-800-9CATHAY (922-8429)
www.Cathaybank.com

Last statement: December 31, 2013
This statement: January 31, 2014
Total days in statement period: 31

MARTIFER SOLAR USA INC
PAYROLL ACCOUNT
2040 ARMACOST AVE
2ND FL
LOS ANGELES CA 90025

Page 1
█████9129
( 0 )

RECEIVED FEB 0 6 2014

Direct inquiries to:
800-922-8429

Cathay Bank
9045 Corbin Ave Suite 100
Northridge CA 91324



*CATHAY BUSINESS ONLINE BANKING FLEXIBLE AND CUSTOMIZED TO MEET YOUR NEEDS. FROM YOUR DESK: MANAGE FINANCES, PAY BILLS, SEND WIRES, AND MORE! CONTACT YOUR ACCOUNT OFFICER FOR MORE INFORMATION TODAY!*

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 9129 | Beginning balance | $18,942.93 |
| Low balance | $16,358.88 | Total additions | .00 |
| Average balance | $17,200.68 | Total subtractions | 2,584.05 |
| Avg collected balance | $17,200 | Ending balance | $16,358.88 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 01-02 | ' Preauthorized Wd<br>CONCUR TECHNOLOG eWorkplace 140102<br>10160635 | 417.00 |
| 01-03 | ' Preauthorized Wd<br>INTUIT PAYROLL S QUICKBOOKS 140103<br>421533678 | 89.00 |
| 01-03 | ' Preauthorized Wd<br>ADP PAYROLL FEES ADP - FEES 140103<br>10A47 6190198 | 413.42 |
| 01-13 | ' Preauthorized Wd<br>INTUIT PAYROLL S QUICKBOOKS 140113<br>421533678 | 477.75 |
| 01-14 | ' Acct Analysis Charge<br>FOR 12/13 | 16.36 |



**CATHAY BANK**

1-800-9CATHAY (922-8429)
www.Cathaybank.com

9650 Flair Drive, El Monte, CA 91731
RETURN SERVICE REQUESTED

MARTIFER SOLAR USA INC
January 31, 2014

Page 2
9129

| Date  | Description                                                              | Subtractions |
|-------|--------------------------------------------------------------------------|--------------|
| 01-17 | ' Preauthorized Wd<br>INTUIT PAYROLL S QUICKBOOKS 140117<br>421533678    | 1,170.52     |

**DAILY BALANCES**

| Date  | Amount    | Date  | Amount    | Date  | Amount    |
|-------|-----------|-------|-----------|-------|-----------|
| 12-31 | 18,942.93 | 01-03 | 18,023.51 | 01-14 | 17,529.40 |
| 01-02 | 18,525.93 | 01-13 | 17,545.76 | 01-17 | 16,358.88 |

**OVERDRAFT/RETURN ITEM FEES**

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $0.00                 | $0.00              |
| Total Returned Item Fees | $0.00                 | $0.00              |



*Thank you for banking with Cathay Bank*

00012709-0041581-0002-0002-TIMR8006170202148725(00012709)-000041583