B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Nevada

| | | | |
|---|---|---|---|
| In re | **MARTIFER SOLAR USA, INC.** | Case No. | **14-10357abl** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,499,879.00** | **Jan-Dec 2013 (unaudited)** |
| **$42,584,183.00** | **Jan-Dec 2012 (audited)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Schedule 3b Attached** | | **$2,127,241.88** | **$0.00** |

**None**
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Schedule 3c Attached** | | **$1,271,500.00** | **$15,779,983.67** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cathay Bank vs. Martifer Solar USA, Inc.; Martifer Aurora Solar, LLC; Martifer Solar, Inc.; Martifer Solar, S.A., Case No. SC121853** | **Breach of Contract, Breach of Guaranty, Recovery of Personal Property Claim and Delivery, Conversion, Specific Performance** | **Superior Court of California, County of Los Angeles, West District** | **Pending** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Patriot Solar Group, LLC v. Martifer Solar USA, Inc. and Washington Gas Energy Systems, Inc., Defendants v. Bith Energy, Inc., Third Party Defendant, Case No. MICV2013-05081** | **Contract Dispute** | **Commonwealth of Massachusetts, Middlesex County** | **Pending** |
| **Patriot Solar Group, LLC v. Martifer Solar USA, Inc. and Washington Gas Energy Systems, Inc., Defendants v. Bith Energy, Inc., Third Party Defendant, Case No. WOCV2013-02126** | **Contract Dispute** | **Commonwealth of Massachusetts, Worcester County** | **Pending** |
| **Northern Land Clearing, Inc. v. Martifer Solar USA, Inc. and Washington Gas Energy Systems, Inc., Case No. MICV2013-04673** | **Contract Dispute** | **Commonwealth of Massachusetts, Middlesex County** | **Pending** |
| **Northern Land Clearing, Inc. v. Martifer Solar USA, Inc. and Washington Gas Energy Systems, Inc., Case No. WOCV2013-01931** | **Contract Dispute** | **Commonwealth of Massachusetts, Worcester County** | **Pending** |
| **Professional Electrical Contractors of Connecticut, Inc. v. Martifer Solar USA, Inc. and Washington Gas Energy Systems, Inc., Case No. MICV2013-5508** | **Contract Dispute** | **Commonwealth of Massachusetts, Middlesex County** | **Dismissed** |
| **Professional Electrical Contractors of Connecticut, Inc. v. Martifer Solar USA, Inc. and Washington Gas Energy Systems, Inc., Case No. WOCV2013-2316** | **Contract Dispute** | **Commonwealth of Massachusetts, Worcester County** | **Dismissed** |
| **R. B. Arello Co., Inc. d/b/a Hydrograss Technologies v. Martifer Solar USA, Inc. and Washington Gas Energy Systems, Inc., Case No. WOCV2013-02371** | **Contract Dispute** | **Commonwealth of Massachusetts, Worcester County** | **Pending** |
| **California Power Save, Inc.; Christopher Frye v. Johnson-Chavez Construction, Inc. Jeremy Johnson, Case No. BC510373** | **Contract dispute with Debtor named as cross-defendant** | **Superior Court of California, County of Los Angeles** | **Pending** |
| **Martifer Solar USA, Inc. v. Joseph Leo Bork dba Golden State Power, a California sole Proprietorship, Gabriel Oliver Bork, et al., Case No. S1500CV-280885-DRL** | **Collections action** | **Superior Court of California, County of Kern** | **Pending** |
| **Arbitration, Martifer Solar USA, Inc. v. RSBF Jeffco II, LLC** | **Breach of Contract** | **American Arbitration Association, Denver, Colorado** | **Arbitration Award** |
| **Dawn Persinger v. Martifer Solar USA; Martifer Solar Portugal, Case No. 06-108774 DG** | **Wage and Hour / Employment Claim** | **Labor Commissioner, State of California, Department of Industrial Relations** | **Pending** |
| **Mercury Solar Systems, Inc. v. Sunlight General Capital, LLC; Sunlight General Meadowlands PPA, LLC; Martifer Solar USA, Inc.; Case No. L-2165-12** | **Contract Dispute** | **Superior Court of New Jersey; Law Division: Bergen County** | **Dismissed** |
| **Cory Halbardier v. Martifer Solar USA, Inc., Case No. 06-107520 DG** | **Employment Claim** | **Labor Commissioner, State of California, Department of Industrial Relations** | **Dismissed** |
| **California Paving & Grading Co., Inc. etc., vs. Martifer Solar USA, Inc., et al., Case No. BC517188** | **Contract Dispute / Mechanics' Lien Suit** | **Los Angeles Superior Court** | **Dismissed** |
| **PGS Construction Corp dba Electric Construction Company v. Martifer USA et seq., Case No. EC062086** | **Contract Dispute / Mechanics' Lien Suit** | **Los Angeles Superior Court** | **Dismissed as to Debtor** |
| **Tetra Tech, Inc. Vs. Martifer Solar, Inc., Case No. GC050996** | **Contract Dispute** | **Los Angeles Superior Court** | **Dismissed** |

B7 (Official Form 7) (04/13)                                                                                                              4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Main Electric Supply Company v. Maritfer Solar USA, Inc., et al., Case No. 12k13593** | **Contract Dispute** | **Los Angeles Superior Court** | **Dismissed** |
| **EPG Solar, LLC v. Bithenergy, Inc., a/k/a Bithenergy, LLC; Martifer Solar USA, Inc.; Martifer Solar, SA, Civil Action No. 13-03990** | **Breach of Contract** | **Commonwealth of Massachusetts, Middlesex County** | **Pending** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                5

## 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fox Rothschild LLP**<br>**2000 Market Street, 20th Floor**<br>**Philadelphia, PA 19103** | **1/2/2014, Martifer Solar, Inc.** | **$250,000.00 (Retainer)** |
| **Armory Consulting Co.**<br>**3943 Irvine Blvd., #253**<br>**Irvine, CA 92602** | **12/3/13 and 12/31/13** | **$7,500.00 and $7,500.00** |
| **Fox Rothschild LLP**<br>**2000 Market Street, 20th Floor**<br>**Philadelphia, PA 19103** | **12/24/2013, Martifer Solar, Inc.** | **$16,024.94** |

## 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Enterprise Fleet Management**<br>**5805 Sepulveda Blvd.**<br>**Van Nuys, CA 91411** | **4/1/2013** | **2009 Chevrolet G1500; value received $9,070.00** |
| **Enterprise Fleet Management**<br>**5805 Sepulveda Blvd.**<br>**Van Nuys, CA 91411** | **4/1/2013** | **2005 Ford F150; value received $4,180.00** |
| **Enterprise Fleet Management**<br>**5805 Sepulveda Blvd.**<br>**Van Nuys, CA 91411** | **8/1/2013** | **2007 Dodge Ram Pickup 3500; value received $18,280.00** |
| **Steven Canning**<br>**500 East River Street**<br>**Orange, MA 01364** | **8/30/2013** | **John Deer "Gator" utility vehicle with enclosed cab, serial number MOHP4DX051969 in return for $6,936.00 in repairs for damage to driveway** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                      6

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Union Bank**<br>**11th & Montana 0514**<br>**P.O. Box 512380**<br>**Los Angeles, CA 90051-0380** | **Checking account XXX1498, zero balance** | **3/20/2013** |
| **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **Checking account XXX6635, zero balance** | **2/12/2013** |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Cathay Bank**<br>**High Technology Division**<br>**20111 Stevens Creek Blvd. #200**<br>**Cupertino, CA 95014** | **December 4, 2013** | **$300,000.00** |
| **Cathay Bank**<br>**High Technology Division**<br>**20111 Stevens Creek Blvd. #200**<br>**Cupertino, CA 95014** | **December 11, 2013** | **$100,000.00** |

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS    NAME AND ADDRESS OF GOVERNMENTAL UNIT    DATE OF NOTICE    ENVIRONMENTAL LAW

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS    NAME AND ADDRESS OF GOVERNMENTAL UNIT    DATE OF NOTICE    ENVIRONMENTAL LAW

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT    DOCKET NUMBER    STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Martifer Aurora Solar, LLC** | 27-3170306 | **2040 Armacost Ave., 2nd Fl. Los Angeles, CA 90025** | **Solar energy production** | **07/07/2010 to Present** |
| **Studios Solar, LLC** | **Pending** | **2040 Armacost Ave., 2nd Fl. Los Angeles, CA 90025** | **Holding company of Studios Solar 2, LLC, Studios Solar 3, LLC, Studios Solar 4, LLC, and Studios Solar 5, LLC** | **12/26/2013 to Present** |
| **Studios Solar 2, LLC** | **Pending** | **2040 Armacost Ave., 2nd Fl. Los Angeles, CA 90025** | **Solar energy production** | **12/26/2013 to Present** |
| **Studios Solar 3, LLC** | **Pending** | **2040 Armacost Ave., 2nd Fl. Los Angeles, CA 90025** | **Solar energy production** | **12/26/2013 to Present** |
| **Studios Solar 4, LLC** | **Pending** | **2040 Armacost Ave., 2nd Fl. Los Angeles, CA 90025** | **Solar energy production** | **12/26/2013 to Present** |
| **Studios Solar 5, LLC** | **Pending** | **2040 Armacost Ave., 2nd Fl. Los Angeles, CA 90025** | **Solar energy production** | **12/26/2013 to Present** |

None
    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Shea Labagh Dobberstein**                             **2010 to the present**
**505 Montgomery St., 5th Floor**
**San Francisco, CA 94111**

**Ana Correia**                                         **October 2011 to present**
**Martifer Solar USA, Inc.**
**2040 Armacost Ave., 2nd Fl.**
**Los Angeles, CA 90025**

**Simona PavahII**
**Martifer Solar USA, Inc.**
**2040 Armacost Ave., 2nd Fl.**
**Los Angeles, CA 90025**

B7 (Official Form 7) (04/13)                                                                                                                          9

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Nhan H. Cao**<br>**Martifer Solar USA, Inc.**<br>**2040 Armacost Ave., 2nd Fl.**<br>**Los Angeles, CA 90025** | |
| **Vichulada Tantivanichkij**<br>**Martifer Solar USA, Inc.**<br>**2040 Armacost Ave., 2nd Fl.**<br>**Los Angeles, CA 90025** | |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Wu Hoover & Co.** | **1510 Fashion Island Blvd., Suite 200**<br>**San Mateo, CA 94404** | **2010 to the present** |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Ana Correia** | **Martifer Solar USA, Inc.**<br>**2040 Armacost Ave., 2nd Fl.**<br>**Los Angeles, CA 90025** |

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Cathay Bank**<br>**9045 Corbin Ave., Suite 100**<br>**Northridge, CA 91324** | |
| **Other** | **Debtor issued financial statements to numerous suppliers, customers, and prospective investors over the past two years, but to provide the names/dates would be overly burdensome** |

---

**20. Inventories**

None
☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **01/21/2014** | **James Cammarano/Karina Davis** | **$514,048.50 Cost** |

None
☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **01/21/2014** | **Ana Correia**<br>**Martifer Solar USA, Inc.**<br>**2040 Armacost Ave.**<br>**Los Angeles, CA 90025** |

B7 (Official Form 7) (04/13)                                                                                          10

## 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Roland Kiser**<br>**2040 Armacost ave., 2nd Fl.**<br>**Los Angeles, CA 90025** | **Chief Executive Officer and Director** | |
| **Gustavo Fernandes**<br>**Martifer Inovacao E Gestao, SA**<br>**Zona Industrial, Apartado 17**<br>**3684-001 Oliveira de Frades, Portugal** | **Director** | |
| **Filipe Santos**<br>**Martifer Inovacao E Gestao, SA**<br>**Zona Industrial, Apartado 17**<br>**3684-001 Oliveira de Frades, Portugal** | **Director** | |
| **Pedro Gomes Pereira**<br>**Martifer Inovacao E Gestao, SA**<br>**Zona Industrial, Apartado 17**<br>**3684-001 Oliveira de Frades, Portugal** | **Director** | |
| **Klaus Bernhart**<br>**2040 Armacost Ave., 2nd Fl.**<br>**Los Angeles, CA 90025** | **Chief Financial Officer** | |
| **Martifer Solar, Inc.**<br>**2040 Armacost Ave., 2nd Fl.**<br>**Los Angeles, CA 90025** | **Stockholder** | **99.29%** |

## 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| **Raffi Agopian**<br>**20606 Medley Lane**<br>**Topanga, CA 90290** | **Chief Executive Officer & Director** | **March 2013** |
| **George Reed**<br>**111 Towne Street, #1220**<br>**Stamford, CT 06902** | **Chief Legal Officer** | **June 2013** |
| **Frank Coiro**<br>**11321 Berkeley St.**<br>**Santa Monica, CA 90404** | **Director** | **March 2013** |
| **Ricardo Abecassis**<br>**Martifer Inovacao E Gestao, SA**<br>**Zona Industrial, Apartado 17**<br>**3684-001 Oliveira de Frades, Portugal** | **Director** | **March 2013** |

B7 (Official Form 7) (04/13)                                                                                                                    11

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Daniel Dus**<br>**1141 South Cloverfield Blvd., Suite A**<br>**Santa Monica, CA 90404** | **Chief Operating Officer** | **August 2013** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **Roland Kiser**<br>**2040 Armacost Ave.**<br>**Los Angeles, CA 90025**<br>    **Chief Executive Officer and Director** | **See Schedule 23 attached** | |
| **Klaus Bernhart**<br>**2040 Armacost Ave., 2nd Fl.**<br>**Los Angeles, CA 90025**<br>    **Chief Financial Officer** | **See Schedule 23 attached** | |
| **Ricardo Abecassis**<br>**145 Corte Madera Center, Suite 306**<br>**Corte Madera, CA 94925**<br>    **Director** | **See Schedule 23 attached** | |
| **Kent James**<br>**1730 S. Washington Street**<br>**Denver, CO 80210**<br>    **Chief Strategic Officer** | **See Schedule 23 attached** | |
| **George B. Reed**<br>**111 Towne Street, #1220**<br>**Stamford, CT 06902**<br>    **Chief Legal Officer** | **See Schedule 23 attached** | |
| **Daniel Dus**<br>**1141 South Cloverfield Blvd., Suite A**<br>**Santa Monica, CA 90404**<br>    **Chief Operating Officer** | **See Schedule 23 attached** | |
| **Raffi Agopian**<br>**20606 Medley Lane**<br>**Topanga, CA 90290**<br>    **Chief Executive Officer & Director** | **See Schedule 23 attached** | |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                    12

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date __**February20, 2014**_____          Signature    **/s/ Klaus Bernhart**_____

                                                        **Klaus Bernhart**
                                                        **Chief Financial Officer**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Martifer Solar USA, Inc.**                                    **Draft- Unaudited**
**Statement of Financial Affairs**
**#3b.  Payments made to creditor within  90 days pre-Petition.**

| Vendor Name | Dates Paid | Amounts |
|---|---|---|
| Also Energy, Llc | 11/1/2013 | 4,545.00 |
| | 12/5/2013 | 20,000.00 |
| | 12/23/2013 | 4,545.00 |
| | | |
| Alta Energy, Inc. | 10/30/2013 | 2,175.93 |
| | 11/13/2013 | 11,682.12 |
| | 12/30/2013 | 10,008.00 |
| | | |
| Anthem Blue Cross | 11/11/2013 | 10,672.36 |
| | 11/25/2013 | 13,000.00 |
| | 01/3/2014 | 4,634.47 |
| | | |
| Armory Consulting Co. | 11/25/2013 | 7,500.00 |
| | | |
| Arup North America Ltd | 10/30/2013 | 7,500.00 |
| | | |
| Briggs Clean Energy Advisors, Llc | 11/14/2013 | 7,706.25 |
| | 12/23/2013 | 5,976.25 |
| | | |
| C. H. Robinson | 12/5/2013 | 11,500.00 |
| | | |
| California CEC, LP | 11/7/2013 | 50,000.00 |
| | 11/13/2013 | 99,922.38 |
| | | |
| California Paving & Grading Co | 10/31/2013 | 7,055.01 |
| | | |
| City And County Of Denver, Co | 11/12/2013 | 7,968.00 |
| | 12/30/2013 | 99.00 |
| | | |
| Cohnreznick, Llp | 11/8/2013 | 6,000.00 |
| | | |
| Cooper Power System | 10/29/2013 | 14,610.48 |
| | | |
| Deck Monitoring | 11/11/2013 | 7,667.50 |
| | | |
| Dirt Dogs Grading & Land | 12/9/2013 | 14,724.00 |
| | | |
| E Light Electric Services, Inc. | 10/30/2013 | 88,441.74 |
| | 11/8/2013 | 105,835.50 |
| | | |
| Elite Search International | 11/8/2013 | 28,125.00 |

**Martifer Solar USA, Inc.**                                           **Draft- Unaudited**
**Statement of Financial Affairs**
**#3b.  Payments made to creditor within  90 days pre-Petition.**

| | | |
|---|---|---|
| | 11/11/2013 | 928.00 |
| | | |
| Enterprise Fleet Management | 10/23/2013 | 2,744.84 |
| | 11/27/2013 | 3,429.40 |
| | | |
| Foley Hoag Llp | 01/13/2014 | 34,414.49 |
| | | |
| Fox Rothschild, LLP | 01/10/2014 | 50,000.00 |
| | | |
| GeekTek IT Services Inc. | 10/29/2013 | 7,745.25 |
| | 11/19/2013 | 5,729.00 |
| | | |
| Gelinas Lawn Maintenance | 11/5/2013 | 7,580.00 |
| | | |
| General Freight Service | 10/29/2013 | 7,886.00 |
| | 12/1/2013 | 2,312.00 |
| | | |
| Hangar 2 Partners, LLC | 10/29/2013 | 2,081.01 |
| | 11/27/2013 | 2,528.10 |
| | 12/26/2013 | 1,863.22 |
| | | |
| Hanwha SolarOne (QiDong) Co. Ltd | 11/4/2013 | 102,124.50 |
| | | |
| Hydraulic Cranes, Llc | 11/13/2013 | 9,012.65 |
| | | |
| IPFS Corporation | 10/29/2013 | 28,455.97 |
| | 12/9/2013 | 28,470.97 |
| | 01/3/2014 | 28,455.97 |
| | | |
| IXL Center, Inc. | 11/22/2013 | 12,500.00 |
| | | |
| Jinko Solar Co., Ltd | 12/31/2013 | 332,520.00 |
| | | |
| Lincoln Nation Life Insurance Co | 11/1/2013 | 6,255.00 |
| | | |
| Management Recruiters Of Sacramento | 11/13/2013 | 22,000.00 |
| | | |
| Marina Harbor | 10/29/2013 | 3,475.00 |
| | 11/27/2013 | 3,475.00 |
| | 12/26/2013 | 3,475.00 |
| | | |
| MetroTek Electrical Services Company | 10/30/2013 | 20,000.00 |

**Martifer Solar USA, Inc.**                                                      **Draft- Unaudited**
**Statement of Financial Affairs**
**#3b.  Payments made to creditor within  90 days pre-Petition.**

| | | |
|---|---|---|
| Michael Kimball | 11/13/2013 | 30,000.00 |
| | | |
| Novogradac & Company LLP | 01/13/2014 | 32,641.49 |
| | | |
| Pioneer Sand Company, Inc. | 10/24/2013 | 10,277.66 |
| | | |
| Power-One Renewable Energy Solution | 10/29/2013 | 15,058.19 |
| | | |
| Prime Waterproofing, Inc. | 11/13/2013 | 16,660.80 |
| | | |
| Regional Management Co., Inc. | 10/29/2013 | 15,872.69 |
| | 11/27/2013 | 16,048.85 |
| | 12/26/2013 | 19,657.11 |
| | | |
| Renvu Llc | 11/14/2013 | 24,199.85 |
| | 12/3/2013 | 222,998.68 |
| Sflex, Inc. | 10/24/2013 | 50,000.00 |
| | 11/11/2013 | 39,144.71 |
| | | |
| Shea Labagh Dobberstein | 11/8/2013 | 19,812.21 |
| | | |
| Solar Optimum Inc | 12/23/2013 | 54,000.00 |
| | | |
| Solectria Renewables | 10/23/2013 | 9,858.55 |
| | | |
| Spear Point Energy, LLC | 11/1/2013 | 17,100.00 |
| | | |
| Stones River Electric | 11/22/2013 | 100,000.00 |
| | | |
| Suddath Global Logistics, Llc | 11/8/2013 | 10,383.75 |
| | | |
| SunPower Corporation | 11/6/2013 | 33,622.89 |
| | | |
| Triple Crown Solar Structures, Inc. | 10/29/2013 | 23,750.00 |
| | | |
| True South Renewables, Inc. | 12/5/2013 | 8,029.85 |
| | | |
| Verizon Wireless | 01/10/2014 | 7,683.64 |
| | | |
| Waco Scaffolding & Equipment Co. | 10/30/2013 | 21,890.88 |
| | 11/13/2013 | 5,486.29 |

**Martifer Solar USA, Inc.**                                                          **Draft- Unaudited**
**Statement of Financial Affairs**
**#3b.  Payments made to creditor within  90 days pre-Petition.**

| | | |
|---|---|---|
| Wolf Rifkin Shapiro Schulman & Rabk | 10/29/2013 | 20,943.50 |
| | 01/13/2014 | 13,810.37 |
| | | |
| Wright Express FSC | 11/7/2013 | 2,787.22 |
| | 01/7/2014 | 4,167.34 |
| | | |
| | | $    2,127,241.88 |

**Martifer Solar USA, Inc.**                                    **Draft- Unaudited**
**Statement of Financial Affairs**
**#3c.  Payments made to insider-creditors one year pre-Petition.**

| Date | | Amount | Description |
|---|---|---|---|
| 2/4/2013 | $ | 40,000.00 | Wire to Martifer Solar, Inc |
| 3/4/2013 | | 45,000.00 | Wire to Martifer Solar, Inc |
| 4/30/2013 | | 2,000.00 | Wire to Martifer Solar, Inc |
| 5/15/2013 | | 1,100,000.00 | Wire to Martifer Solar, Inc |
| 6/3/2013 | | 62,000.00 | Wire to Martifer Solar, Inc |
| 6/13/2013 | | 10,500.00 | Wire to Martifer Solar, Inc |
| 7/18/2013 | | 12,000.00 | Wire to Martifer Solar, Inc |
| | **$** | **1,271,500.00** | |

**Martifer Solar USA, Inc.**                                                    **Draft- Unaudited**
**Statement of Financial Affairs**
**#23.  Withdrawals by insiders from a partnership or distribution by a corporation 1 year pre-petition**

**Roland Kiser**

| | Gross Wages | Expense Reimbursements |
|---|---|---|
| 1/29/2013 | $    7,115.38 | |
| 2/8/2013 | 7,115.38 | |
| 2/14/2013 | | $    4,410.68 |
| 2/22/2013 | 7,115.38 | |
| 3/8/2013 | 7,115.38 | |
| 3/11/2013 | | 7,140.72 |
| 3/22/2013 | 7,115.38 | |
| 4/5/2013 | 7,115.38 | |
| 4/16/2013 | | 2,087.86 |
| 4/22/2013 | 7,115.38 | |
| 5/7/2013 | 7,115.38 | |
| 5/16/2013 | | 478.96 |
| 5/17/2013 | 7,115.38 | |
| 5/31/2013 | 7,115.38 | |
| 6/14/2013 | 7,115.38 | |
| 6/18/2013 | | 287.54 |
| 6/28/2013 | 7,115.38 | |
| 7/12/2013 | 7,115.38 | |
| 7/18/2013 | | 200.81 |
| 7/19/2013 | | |
| 7/26/2013 | 7,115.38 | |
| 8/9/2013 | 7,692.31 | |
| 8/16/2013 | | 1,082.17 |
| 8/26/2013 | 4,725.00 | |
| 9/6/2013 | 8,142.31 | |
| 9/17/2013 | | 285.95 |
| 9/20/2013 | 8,142.31 | |
| 10/4/2013 | 8,142.31 | |
| 10/16/2013 | | |
| 10/18/2013 | 8,142.31 | |
| 11/1/2013 | 8,142.31 | |
| 11/15/2013 | | 1,165.08 |
| 11/15/2013 | 8,142.31 | |
| 11/29/2013 | 8,142.31 | |
| 12/10/2013 | | 325.88 |
| 12/13/2013 | 8,142.31 | |
| 12/27/2013 | 8,142.31 | |
| 1/9/2014 | | 147.47 |
| 1/10/2014 | 8,142.31 | |
| | $ 193,455.73 | $    17,613.12 |

**Klaus Bernhart**

| | Gross Wages | Expense Reimbursements |
|---|---|---|
| 3/22/2013 | $    4,980.64 | |
| 4/5/2013 | 7,115.38 | |
| 4/16/2013 | | $    514.53 |
| 4/22/2013 | 7,115.38 | |
| 5/7/2013 | 7,115.38 | |
| 5/16/2013 | | 1,659.29 |
| 5/17/2013 | 7,115.38 | |
| 5/31/2013 | 7,115.38 | |
| 6/14/2013 | 7,115.38 | |
| 6/18/2013 | | 156.00 |
| 6/28/2013 | 7,115.38 | |
| 7/12/2013 | 7,115.38 | |
| 7/19/2013 | | 208.80 |
| 7/26/2013 | 7,115.38 | |
| 8/9/2013 | 7,115.38 | |
| 8/26/2013 | 4,725.00 | |
| 9/6/2013 | 7,565.38 | |
| 9/20/2013 | 7,565.38 | |
| 10/4/2013 | 7,565.38 | |
| 10/16/2013 | | 414.11 |
| 10/18/2013 | 7,565.38 | |
| 11/1/2013 | 7,565.38 | |
| 11/15/2013 | | 1,014.00 |
| 11/15/2013 | 7,565.38 | |
| 11/29/2013 | 7,565.38 | |
| 12/10/2013 | | 798.60 |
| 12/13/2013 | 7,565.38 | |
| 12/27/2013 | 8,265.38 | |
| 1/9/2014 | | 84.34 |
| 1/10/2014 | 7,888.46 | |
| | $    157,536.32 | $    4,849.67 |

**Martifer Solar USA, Inc.**                                    **Draft- Unaudited**
**Statement of Financial Affairs**
**#23.  Withdrawals by insiders from a partnership or distribution by a corporation 1 year pre-petition**

**George B. Reed**

| | Gross Wages | Expense Reimbursements | |
|---|---|---|---|
| 1/29/2013 | $ 5,769.23 | | |
| 2/8/2013 | 5,769.23 | | |
| 2/19/2013 | | $ 410.11 | |
| 2/22/2013 | 5,769.23 | | |
| 3/8/2013 | 5,769.23 | | |
| 3/15/2013 | | 28.13 | |
| 3/22/2013 | 5,769.23 | | |
| 3/28/2013 | 5,769.60 | | |
| 3/28/2013 | 5,769.60 | | |
| 4/5/2013 | 5,769.23 | | |
| 4/16/2013 | | 169.99 | |
| 4/19/2013 | 4,615.31 | | |
| 5/7/2013 | 5,769.23 | | |
| 5/17/2013 | 5,769.23 | | |
| 5/31/2013 | 5,769.23 | | |
| 6/14/2013 | 5,192.27 | | |
| 6/14/2013 | 9,375.00 | | [1] |
| 6/14/2013 | 9,375.00 | | [1] |
| 6/14/2013 | 9,375.00 | | [1] |
| 6/14/2013 | 9,375.00 | | [1] |
| 6/28/2013 | 5,769.23 | | |
| 6/28/2013 | 1,001.37 | | [2] |
| 6/28/2013 | 2,884.62 | | |
| | $ 120,425.07 | $ 608.23 | |

**Daniel R. Dus**

| | Gross Wages | Expense Reimbursements | |
|---|---|---|---|
| 1/29/2013 | $ 4,980.82 | | |
| 1/29/2013 | 7,115.38 | | |
| 2/8/2013 | 7,115.38 | | |
| 2/22/2013 | 7,115.38 | | |
| 3/8/2013 | 7,115.38 | | |
| 3/15/2013 | | $ 1,284.71 | |
| 3/22/2013 | 7,115.38 | | |
| 4/5/2013 | 7,115.38 | | |
| 4/22/2013 | 7,115.38 | | |
| 5/7/2013 | 7,115.38 | | |
| 5/16/2013 | | 343.20 | |
| 5/17/2013 | 7,115.38 | | |
| 5/31/2013 | 7,115.38 | | |
| 6/14/2013 | 6,403.86 | | |
| 6/28/2013 | 7,115.38 | | |
| 7/12/2013 | 6,403.86 | | |
| 7/19/2013 | | 1,078.62 | |
| 7/26/2013 | 7,115.38 | | |
| 8/9/2013 | 7,115.38 | | |
| 8/16/2013 | 7,115.38 | | |
| 8/16/2013 | 8,894.00 | | [3] |
| | $ 126,297.86 | $ 2,706.53 | |

**Martifer Solar USA, Inc.**                                                              **Draft- Unaudited**
**Statement of Financial Affairs**
**#23.  Withdrawals by insiders from a partnership or distribution by a corporation 1 year pre-petition**

**Raffi S. Agopian**

| | Gross Wages | Expense Reimbursements |
|---|---|---|
| 1/29/2013 | $    9,915.38 | |
| 2/8/2013 | 9,615.38 | |
| 2/19/2013 | | $      160.00 |
| 2/22/2013 | 9,615.38 | |
| 3/8/2013 | 9,615.38 | |
| 3/15/2013 | | 2,105.97 |
| 3/22/2013 | 9,615.38 | |
| 4/5/2013 | 9,615.38 | |
| 4/16/2013 | | |
| 4/19/2013 | 6,730.77 | |
| 5/3/2013 | 6,730.77 | |
| 5/17/2013 | 6,730.77 | |
| 5/31/2013 | 6,730.77 | |
| 6/14/2013 | 6,730.77 | |
| 6/28/2013 | 6,730.77 | |
| 7/12/2013 | 6,730.77 | |
| 7/26/2013 | 6,730.77 | |
| 8/9/2013 | 6,730.77 | |
| 8/23/2013 | 6,730.77 | |
| 9/6/2013 | 6,730.77 | |
| 9/20/2013 | 6,057.73 | |
| 10/4/2013 | 6,730.77 | |
| 10/18/2013 | 6,730.77 | |
| 11/1/2013 | 6,730.77 | |
| 11/5/2013 | 6,730.77 | |
| 11/29/2013 | 6,730.77 | |
| 12/13/2013 | 6,730.77 | |
| 12/27/2013 | 6,730.77 | |
| | $ 185,203.87 | $      2,265.97 |

**Kent James**

| | Gross Wages | Expense Reimbursements | |
|---|---|---|---|
| 1/28/2013 | $    6,730.77 | | |
| 2/8/2013 | 6,730.77 | | |
| 2/19/2013 | | | |
| 2/22/2013 | 6,730.77 | | |
| 3/8/2013 | 6,057.73 | | |
| 3/22/2013 | 6,394.25 | | |
| 3/22/2013 | 336.52 | | [3] |
| 4/5/2013 | 6,730.77 | | |
| 4/10/2013 | 5,384.32 | | |
| 4/10/2013 | 20,191.20 | | [3] |
| | $    65,287.10 | $            - | |

[1]  Severance
[2]  Health Benefits
[3]  PTO/Benefits